JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CVA 13-0832 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| TRACI FLETCHER, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Traci Fletcher, in the principal amount of $2,592.41 plus interest accrued to January 18, 2013, in the sum of $5,165.50; with interest accruing thereafter at 10% annually until entry of judgment, for a total amount of **$7,757.91**.

DATED: February 12, 2013      By: Terry Nafisi
                                   Clerk of the Court

                                   /s/ B. Pacillas
                                   Deputy Clerk
                                   United States District Court